UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

IN RE: )
) CHAPTER 13
Cooper, Judith Faie )
) Case No.10-21443-TLM
)
)
Debtor(s) )    ORDER DISMISSING
_____)    CHAPTER 13 PLAN

   Based upon the Chapter 13 Trustee's Motion to Dismiss filed on March 24th, 2011, and Trustee's Certification of Dismissal filed on April 18th, 2011 and for said cause shown:

   IT IS HEREBY ORDERED that Trustee's Motion to Dismiss be, and the same is hereby GRANTED and that this Chapter 13 case be and is hereby DISMISSED.

//end of text//

   DATED:  April 20, 2011

TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

   Order submitted by: /s/ C. Barry Zimmerman Trustee, Chapter 13 Trustee